# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3021

_____

Shirley Walker,       *
     *
        Appellant,     *
     *    Appeal from the United States
   v.      *    District Court for the
     *    Eastern District of Arkansas.
Arkansas Department of Correction,    *
     *       [UNPUBLISHED]
       Appellee.      *

_____

Submitted: December 17, 2009
Filed: December 31, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Shirley Walker (Walker) appeals following the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record and considered Walker's arguments, we conclude summary judgment was proper for the reasons stated by the district court, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review); and the remaining arguments raised on appeal provide no basis for reversal. Thus, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota, sitting by designation, now deceased.